# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LUCILLE JOYNER, Individually and as the Administratrix of the Estate of Janet Margaret Rains, her deceased daugther, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> BULOVA TECHNOLOGIES GROUP, INC., *et al*., <br><br> Defendants. | NO. 3:17-CV-1995 <br><br> (JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 6th day of November, 2017, **IT IS HEREBY ORDERED** that Plaintiffs are given leave to file an amended complaint within **twenty-one (21) days** from the date of entry of this Order. If Plaintiffs fail to do so, the action will be dismissed.

                                                                         /s/ A. Richard Caputo  
                                                                         A. Richard Caputo  
                                                                         United States District Judge